UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARACELI MOLINA,

    Plaintiff,

v.                                    Case No: 8:17-cv-999-T-30MAP

ESCALLATE LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This case is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions, if any, are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of February, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record